U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Johnny Blair Crite
Docket No.: 3:05-00102

TO: The Honorable Thomas A. Wiseman, Senior U.S. District Judge

On December 19, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 265 | 1 | Laptop computer |

Thank you for your time and consideration in this matter.

Approved: _____
~~The Honorable Thomas A. Wiseman,~~
~~Senior~~ U.S. District Judge SHARP